UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lazaro Despaigne Borrero, #173537,

Plaintiff,

v.

Bob Coolidge, Tom Jones, John Doe, Tracey Juneau, Greg Smith, Michael Parks, Randolph Hartnett, and Bert Mohs, et al.,

Defendants.

Civil No. 01-86 (RHK/FLN)

**ORDER**

**THIS MATTER** came before the undersigned United States Magistrate Judge on Plaintiff Lazaro Despaigne Borrero's Motion for Extension to Response to Defendant's Answer [#25].

The Federal Rules of Civil Procedure have no provision for submission of a pleading entitled "Response to Defendant's Answer." Construing Plaintiff's request broadly, the Court interprets Plaintiff's request as one for additional time to file documents supporting his position. Given that no dispositive motion has yet been filed in this case, the Court is not of the opinion that Plaintiff requires its assistance in seeking additional time to file. Accordingly, and based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Extension to Response to Defendant's Answer [#25] is **DENIED AS MOOT**;

Dated: 8/6, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED AUG 0 7 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK