**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lazaro Despaigne Borrero, # 173537,

Plaintiff,

Civ. No. 01-86 (RHK/FLN)

v.

**ORDER**

Bob Coolidge, Tom Jones, John Doe,
Tracey Juneau, Greg Smith, Michael Parks,
Randolph Hartnett, and Bert Mohs, et al.,

Defendants.

---

Plaintiff's Request for an Extension of Time (Doc. No. 38) is **GRANTED IN PART**; Plaintiff shall serve and file his Response to the August 6, 2001, Report and Recommendation by September 12, 2001.

Dated: August 27, 2001

RICHARD H. KYLE
United States District Judge

FILED AUG 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK