UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lazaro Despaigne Borrero,

Plaintiff,

v.

Bob Coolidge, T. Jones, John Doe, Tracey Juneau, Greg Smith, Michael Parks, Randolph, and Bert Mohs, et al.,

Defendants.

Civ. No.: 01-86 RHK/FLN

**ORDER**

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on the referral of a letter from Plaintiff addressed to the Honorable Richard H. Kyle, dated April 16, 2001. Applying principles of liberal construction, the Court interprets Plaintiff's letter as a Request for Appointment of Counsel. This Court has previously denied a Request for Appointment of Counsel by Plaintiff. See Docket Number 15, February 16, 2001. Plaintiff's letter contains no information impelling this Court to revisit its earlier decision on this issue.

Accordingly, and based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for the Appointment of Counsel [undocketed] is **DENIED**;

DATED: Aug 28, 2001

[signature]
FRANKLIN L. NOEL
Chief Magistrate Judge

FILED AUG 2 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________