**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lazaro Despaigne Borrero,

Plaintiff,

Civil No. 01-86 (RHK/FLN)

vs.

**ORDER**

Bob Coolidge, Tom Jones, John Doe, Tracey Juneau, Greg Smith, Michael Parks, Randolph Hartnett, and Bert Mohs,

Defendants.

Before the Court is Plaintiff's Objections to the August 6, 2001 Report and Recommendation (R&R) of Chief Magistrate Judge Franklin L. Noel. Having conducted the required de novo review of the objected to portions of the R&R, the undersigned concludes that Judge Noel's proposed disposition of the matters before him are fully supported by the record and applicable legal principles. Accordingly, the R&R will be adopted.

Upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 42) is **OVERRULED**;

2. The Report and Recommendation (Doc. No. 34) is **ADOPTED**;

3. Plaintiff's Motion for Temporary Restraining Order (Doc. No. 16-1) is **DENIED**;

4. Plaintiff's Motion for Preliminary Injunction (Doc. No. 16-2) is **DENIED**; and

FILED SEP 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 21-1) is **DENIED**.

Dated: September 14, 2001

RICHARD H. KYLE
United States District Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500