UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lazaro Despaigne Borrero,

Plaintiff,

v.

Bob Coolidge, T. Jones, John Doe, Tracey Juneau, Greg Smith, Michael Parks, Randolph, and Bert Mohs, et al.,

Defendants.

Civ. No. 01-86 RHK/FLN

**ORDER**

---

**THIS MATTER** came before the undersigned United States District Judge on the Plaintiff's Notice of Dismissal [#44]. Applying principles of liberal construction, the Court interprets Plaintiff's Notice of Dismissal as a Motion to Dismiss the instant action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). The Defendants do not oppose Plaintiff's Motion.

Accordingly, and based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Notice of Dismissal [#44] is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: 10/15, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______